■ NANCY R. WHITBECK, Appellant, v APCOA, INC., Respondent. (And a Third-Party Action.)—Appeal from an order of the Supreme Court at Special Term (Hughes, J.), entered August 16, 1985 in Albany County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, with costs, upon the opinion of Justice Harold J. Hughes at Special Term. Mahoney, P. J., Kane, Casey, Mikoll and Levine, JJ., concur.

■ In the Matter of HELEN YEFKO et al., Respondents, v STATE OF NEW YORK, Appellant.—Appeal from an order of the Court of Claims (Murray, J.), entered August 29, 1985, which granted claimant's application pursuant to Court of Claims Act § 10 (6) for permission to file a late claim.

Order affirmed, without costs, upon the opinion of Court of Claims Judge Edward M. Murray. Mahoney, P. J., Kane, Casey, Mikoll and Levine, JJ., concur.